UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PDS GAMING, LLC, | Case No.: 2:22-cv-00053-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| TRIBAL CASINO SERVICES, LLC, | |
| Defendant | |

In light of defendant Tribal Casino Services, LLC's statement regarding removal (ECF No. 6),

I ORDER that my order to show cause (ECF No. 4) is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 3rd day of February, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE